# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL W. ESTES, <br>     Plaintiff, <br> vs. <br> ROBERT GASTON et al., <br>     Defendants | Case No.:2:12-CV-1853-JAD-VCF <br><br> **Order Dismissing Case** |

On December 19, 2012, the Court dismissed Plaintiff's Complaint (Doc. 1-1, 11) without prejudice and with leave to file an amended complaint within 33 days. Doc. 10 at 2. Plaintiff was cautioned that the failure to file an amended complaint could result in the dismissal of this action with prejudice. *Id*. No amended complaint was filed. Accordingly, and with good cause appearing,

IT IS HEREBY ORDERED THAT this case is hereby DISMISSED WITH PREJUDICE.

The Clerk of Court shall enter judgment accordingly.

DATED: September 5, 2013.

                                        JENNIFER A. DORSEY <br>
                                        UNITED STATES DISTRICT JUDGE